# IN THE SUPREME COURT OF THE STATE OF NEVADA

BLAKE LAWRENCE ANDERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIERRA DANIELLE JONES, DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80065

FILED

DEC 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

In this original pro se petition for a writ of mandamus, petitioner appears to challenge the jurisdiction of the district court to sentence appellant and the district court's refusal to entertain his motion to modify an illegal sentence.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840,

19-50579

844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.[1]

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:    Hon. Tierra Danielle Jones, District Judge
       Blake Lawrence Anderson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1] Given our disposition, we deny as moot petitioner's motion for an order shortening time.